1  THOMAS E. MOSS
   UNITED STATES ATTORNEY
2  LYNNE W. LAMPRECHT
   ASSISTANT UNITED STATES ATTORNEY
3  DISTRICT OF IDAHO
   P.O. BOX 32
4  BOISE, IDAHO  83707
   TELEPHONE: (208) 334-1211
5  FAX: (208) 334-9018
   **MAILING ADDRESS:**
6    P.O. BOX 32
     BOISE, IDAHO  83707
7

8           UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

9

10 UNITED STATES OF AMERICA,           )
                                       )     CR 03-0094-S-BLW
11         Plaintiff,                  )     Case No. CR_____
                                       )
12 vs.                                 )
                                       )     **INDICTMENT**
13 AURELIANO DUARTE, aka               )
       AURELIANO PINEDA, aka "Don      )
14     Alfredo,"                       )     18 U.S.C. § 2
   FNU LNU, aka "Paisa," aka AGAPO     )     21 U.S.C. §§ 841(a)(1)
15     DIAZ,                           )     21 U.S.C. § 846
   RUBELO ESTRADA,                     )
16 LUIS AGUILAR ESTRADA,               )
   BALTAZAR ORTEGA,                    )
17 ELIZANDRO CAMACHO MARTINEZ,         )
       aka "Roqui" or "Rocky"          )
18 LUIS HERNANDEZ-HERNANDEZ, and       )
   PEDRO SOLORIO,                      )
19                                     )
           Defendants.                 )
20

21 **The Grand Jury charges:**

22

23                              **COUNT ONE**

24         **Conspiracy to Possess With Intent to Distribute Methamphetamine**
                                **21 U.S.C. § 846**
25

26     From at least as early as June 1, 2002, the exact date being unknown to the Grand Jury,

27 and continuing up through and including March 25, 2003, at, Caldwell, Canyon County, Rigby,

28

INDICTMENT - 1

Jefferson County, and Idaho Falls, Bonneville County, in the District of Idaho; Eden, Texas; Visalia, California; and, elsewhere, the defendants, **AURELIANO DUARTE, aka AURELIANO PINEDA, aka "Don Alfredo" (AURELIANO DUARTE);  FNU LNU, aka "PAISA," aka AGAPO DIAZ, ("Paisa");  RUBELO ESTRADA; LUIS AGUILAR ESTRADA; and BALTAZAR ORTEGA** did knowingly and intentionally combine, conspire, confederate and agree with each other and with other persons known and unknown to the grand jury to commit an offense against the United States, that is, to distribute a mixture or substance containing a detectable amount of the Schedule II controlled substance methamphetamine in excess of 50 grams, a violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B), all in violation of Title 21, United States Code, Section 846.

In furtherance of this conspiracy, the defendants committed the following acts:

1. In early June of 2002, using the telephone, the defendant RUBELO ESTRADA, in Eden, Texas, made arrangements with "Paisa" to sell a quantity of methamphetamine in Idaho.

2. On June 8, 2002, the defendant "Paisa" and AURELIANO DUARTE had a telephone conversation in which they negotiated the price of six ounces of methamphetamine.

3. On June 8, 2002, the defendant AURELIANO DUARTE distributed approximately six ounces of methamphetamine at 1421 Taft Street in Caldwell, Idaho in exchange for $1,000 in cash with $3,000 owing (the drug debt).

4. On September 5, 2002, the defendant RUBELO ESTRADA telephoned defendant LUIS AGUILAR ESTRADA regarding collection of the drug debt owed to "Paisa."

5. In September, 2002, defendant RUBELO ESTRADA had a telephone conversation with the defendant BALTAZAR ORTEGA regarding payment of the drug debt to "Paisa."

INDICTMENT - 2

6. On September 14, 2002, the defendant RUBELO ESTRADA had a telephone conversation with defendant FNU LNU, aka "Paisa," aka AGAPO DIAZ, about collecting the drug debt.

7. On October 15, 2002, the defendant AURELIANO DUARTE received $3,000 for the six ounces of methamphetamine he sold on June 8, 2002.

8. The defendant AURELIANO DUARTE did not give "Paisa" the $3,000 he received for the June 8, 2002, sale of six ounces of methamphetamine.

9. On October 30, 2002, the defendant RUBELO ESTRADA had a telephone conversation with defendant FNU LNU, aka "Paisa," aka AGAPO DIAZ, in which they discussed that they "were going to get" the person who had not paid the drug debt.

10. On December 27, 2002, the defendant RUBELO ESTRADA had a telephone conversation with defendant BALTAZAR ORTEGA about whether the money for the drug debt had been paid.

11. On December 27, 2002, the defendant RUBELO ESTRADA had a conversation with the defendant FNU LNU, aka "Paisa" aka AGAPO DIAZ, in which "Paisa" said that the drug debt had not been paid.

## COUNT TWO

**Possession With Intent to Distribute Methamphetamine
21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2**

On or about June 8, 2002, in Caldwell, Canyon County, in the District of Idaho, the defendants **AURELIANO DUARTE and FNU LNU, aka "Paisa," aka AGAPO DIAZ**, did knowingly and intentionally possess with intent to distribute approximately 168 grams (six ounces) of a mixture and substance containing a detectable amount of the Schedule II controlled substance methamphetamine, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B), and Title 18, United States Code, Section 2.

INDICTMENT - 3

## COUNT THREE

### Conspiracy to Possess With Intent to Distribute Methamphetamine
### 21 U.S.C. § 846

From at least as early as June 1, 2002, the exact date being unknown to the Grand Jury, and continuing up through and including April 8, 2003, at, Caldwell, Canyon County in the District of Idaho; Visalia, California; and, elsewhere, the defendants **AURELIANO DUARTE, ELIZANDRO CAMACHO DIAZ, aka "ROQUI" or "ROCKY" (ELIZANDRO CAMACHO), LUIS HERNANDEZ-HERNANDEZ, and PEDRO SOLORIO**, did knowingly and intentionally combine, conspire, confederate and agree with each other and with other persons known and unknown to the grand jury to commit an offense against the United States, that is, to possess with intent to distribute a mixture or substance containing a detectable amount of the Schedule II controlled substance methamphetamine in excess of 500 grams, a violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), all in violation of Title 21, United States Code, Section 846.

In furtherance of this conspiracy and to achieve its goals, the following defendants committed the following acts:

1. On August 6, 2002, the defendant LUIS HERNANDEZ-HERNANDEZ, while driving an automobile registered to the defendant AURELIANO DUARTE, purchased six pounds of MSM, a cutting agent for methamphetamine.

2. On August 30, 2002, the defendant, LUIS HERNANDEZ-HERNANDEZ, purchased four pounds of MSM, a cutting agent for methamphetamine, and thereafter left the receipt at 1420 Taft Street in Caldwell, Idaho.

3. On October 15, 2002, the defendant AURELIANO DUARTE agreed to "front" one pound of methamphetamine for $7,000.

4. On October 15, 2002, the defendant AURELIANO DUARTE distributed approximately four, quarter-pound bags of methamphetamine from 1421 Taft Street in Caldwell, Idaho on a "front."

INDICTMENT - 4

5. On October 24, 2002, the defendant AURELIANO DUARTE received $3,000 in payment for the methamphetamine he had "fronted" on October 15, 2002, and he agreed to sell another pound of methamphetamine for $5,000 in cash.

6. On November 19, 2002, the defendant ELIZANDRO CAMACHO distributed approximately one pound of methamphetamine on behalf of the defendant AURELIANO DUARTE in exchange for $5,000 in cash, at 1420 Taft Street in Caldwell, Idaho.

7. On November 19, 2002, the defendant ELIZANDRO CAMACHO received $1,000 towards the balance of the debt for the pound of methamphetamine "fronted" on October 15, 2002, by the defendant AURELIANO DUARTE.

8. On December 18, 2002, the defendant ELIZANDRO CAMACHO sold approximately one pound of methamphetamine on behalf of the defendant AURELIANO DUARTE in exchange for $5,000 in cash, at 1220 E. Pine Street in Caldwell, Idaho.

9. On November 19, 2002, the defendant ELIZANDRO CAMACHO received $1,000 in cash towards the balance of the debt for the pound of methamphetamine fronted on October 15, 2002, by the defendant AURELIANO DUARTE.

10. On March 5, 2003, the defendant PEDRO SOLORIO distributed approximately one pound of methamphetamine on behalf of the defendant AURELIANO DUARTE in exchange for $5,000 in cash.

11. On March 5, 2003, the defendant PEDRO SOLORIO received $1,000 towards the balance of the debt for the pound of methamphetamine "fronted on October 15, 2002, by the defendant AURELIANO DUARTE.

INDICTMENT - 5

## COUNT FOUR

**Distribution of Methamphetamine**
**21 U.S.C. § 841(a)(1), 18 U.S.C. § 2**

On or about October 17, 2002, in Caldwell, Canyon County, in the District of Idaho, the defendant **AURELIANO DUARTE** did knowingly and intentionally distribute approximately 444.06 grams (approximately one pound) of a mixture and substance containing the Schedule II controlled substance methamphetamine, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(B).

## COUNT FIVE

**Distribution of Methamphetamine**
**21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2**

On or about November 19, 2002, in Caldwell, Canyon County, in the District of Idaho, and elsewhere, the defendants **AURELIANO DUARTE and ELIZANDRO CAMACHO MARTINEZ, aka "Roqui" or "Rocky,"** did knowingly and intentionally possess with intent to distribute approximately 450.5 grams (approximately one pound) of a mixture and substance containing the Schedule II controlled substance methamphetamine, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B), and Title 18, United States Code, Section 2.

## COUNT SIX

**Distribution of Methamphetamine**
**21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2**

On or about December 18, 2002, in Caldwell, Canyon County, in the District of Idaho, and elsewhere, the defendants, **AURELIANO DUARTE and ELIZANDRO CAMACHO MARTINEZ, aka "Roqui" or "Rocky,"** did knowingly and intentionally possess with intent to distribute approximately 451.3 grams (approximately one pound) of a mixture and substance containing the Schedule II controlled substance methamphetamine, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B), and Title 18, United States Code, Section 2.

INDICTMENT - 6

## COUNT SEVEN

### Distribution of Methamphetamine
### 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2

On or about March 5, 2003, in Caldwell, Canyon County, in the District of Idaho, and elsewhere, the defendants **AURELIANO DUARTE and PEDRO SOLORIO** did knowingly and intentionally possess with intent to distribute approximately 445 grams (approximately one pound) of a mixture and substance containing the Schedule II controlled substance methamphetamine, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B), and Title 18, United States Code, Section 2.

**DATED** this 8th day of April, 2003.

THOMAS E. MOSS
United States Attorney
By:

LYNNE W. LAMPRECHT
Assistant United States Attorney

**A TRUE BILL.:**

FOREPERSON

lwl\indict.ad.wpd

INDICTMENT - 7

# CRIMINAL COVERSHEET

| | |
|---|---|
| **DEFENDANT'S NAME:** AURELIANO DUARTE | **Juvenile:** No |
| | **Service Type:** Warrant/ SECRET |
| **DEFENSE ATTORNEY:** Address | **Interpreter:** Yes |
| Telephone No.: | If yes, language: Spanish |
| **INVESTIGATING AGENCY & AGENT:** Jose Banda ISP (208) 884-7110 | CR 03-0094-S-BLW |

**CASE INFORMATION:** (List any miscellaneous, magistrate, CVB or other related defendants/case numbers.)

## CRIMINAL CHARGING INFORMATION

| Complaint | Yes Indictment | Information | _ Superseding Indictment |
|---|---|---|---|
| Yes Felony | __Class A Misdemeanor | | _ Class B or C Misdemeanor (Petty Offense) |
| County of Offense: Canyon, Jefferson, Bonneville | | Estimated Trial Time: 10 Days | |

| TITLE/SECTION | COUNTS | BRIEF DESCRIPTION | PENALTIES (Include Supervised Release and Special Assessments) |
|---|---|---|---|
| 21 U.S.C. § 846 | 1 | Conspiracy to Distribute Methamphetamine | 5-40 yrs. prison and/or $2 million fine; 4 yrs. supervised release; $100 special assessment |
| 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2 | 2 | Possession With Intent to Distribute Methamphetamine | 5-40 yrs. prison and/or $2 million fine; 4 yrs. supervised release; $100 special assessment |
| 21 U.S.C. § 846 | 3 | Conspiracy to Possess With Intent to Distribute Methamphetamine | 10 yrs.-life prison and/or $8 million fine; 5 yrs. supervised release; $100 special assessment |
| 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2 | 4, 5, 6, 7 | Distribution of Methamphetamine | 10 yrs.-life prison and/or $8 million fine; 5 yrs. supervised release; $100 special assessment - each count |

Date: April 8, 2003

AUSA: Lynne W. Lamprecht
Telephone No.: (208) 334-1211

# CRIMINAL COVERSHEET

| | | | |
|---|---|---|---|
| **DEFENDANT'S NAME:** | FNU LNU, aka "Paisa," aka Agapo Diaz | **Juvenile:** | No |
| | | **Service Type:** | Warrant/ SECRET |
| **DEFENSE ATTORNEY:** Address | | **Interpreter:** | Yes |
| | | If yes, language: | Spanish |
| Telephone No.: | | | |
| **INVESTIGATING AGENCY & AGENT:** | Jose Banda ISP (208) 884-7110 | | CR 0_-00_-S-_LW |

**CASE INFORMATION:** (List any miscellaneous, magistrate, CVB or other related defendants/case numbers.)

## CRIMINAL CHARGING INFORMATION

| Complaint | Yes Indictment | Information | _ Superseding Indictment |
|---|---|---|---|
| Yes Felony | __Class A Misdemeanor | | Class B or C Misdemeanor (Petty Offense) |
| County of Offense: Canyon, Jefferson, Bonneville | | Estimated Trial Time: | 10 Days |

| TITLE/SECTION | COUNTS | BRIEF DESCRIPTION | PENALTIES (Include Supervised Release and Special Assessments) |
|---|---|---|---|
| 21 U.S.C. § 846 | 1 | Conspiracy to Distribute Methamphetamine | 5-40 yrs. prison and/or $2 million fine; 4 yrs. supervised release; $100 special assessment |
| 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2 | 2 | Possession With Intent to Distribute Methamphetamine | 5-40 yrs. prison and/or $2 million fine; 4 yrs. supervised release; $100 special assessment |

Date:   April _, 2003

AUSA: Lynne W. Lamprecht
Telephone No.: (208) 334-12_1

# ● CRIMINAL COVERSHEET ●

| | | | |
|---|---|---|---|
| **DEFENDANT'S NAME:** | RUBELO ESTRADA | **Juvenile:** | No |
| | | **Service Type:** | Warrant/ SECRET |
| **DEFENSE ATTORNEY:** | | | |
| Address | | **Interpreter:** | Yes |
| Telephone No.: | | If yes, language: | Spanish |
| **INVESTIGATING AGENCY & AGENT:** | Jose Banda<br>ISP<br>(208) 884-7110 | | CR 03-0094-S-BLW |

**CASE INFORMATION:** (List any miscellaneous, magistrate, CVB or other related defendants/case numbers.)

## CRIMINAL CHARGING INFORMATION

| Complaint | Yes Indictment | Information | _ Superseding Indictment |
|---|---|---|---|
| Yes Felony | __Class A Misdemeanor | | _ Class B or C Misdemeanor (Petty Offense) |
| County of Offense: Canyon, Jefferson, Bonneville | | Estimated Trial Time: 10 Days | |

| TITLE/SECTION | COUNTS | BRIEF DESCRIPTION | PENALTIES<br>(Include Supervised Release and Special Assessments) |
|---|---|---|---|
| 21 U.S.C. § 846 | 1 | *Conspiracy to Distribute Methamphetamine* | 5-40 yrs. prison and/or $2 million fine; 4 yrs. supervised release; $100 special assessment |

Date: April 8, 2003

AUSA: Lynne W. Lamprecht
Telephone No.: (208) 334-1211

# CRIMINAL COVERSHEET

| | |
|---|---|
| **DEFENDANT'S NAME:** LUIS AGUILAR ESTRADA | **Juvenile:** No |
| | **Service Type:** Warrant/ SECRET |
| **DEFENSE ATTORNEY:** | |
| Address | **Interpreter:** Yes |
| | If yes, language: Spanish |
| Telephone No.: | |
| **INVESTIGATING AGENCY & AGENT:** Jose Banda ISP (208) 884-7110 | CR 03-0094-S-BLW |

**CASE INFORMATION:** (List any miscellaneous, magistrate, CVB or other related defendants/case numbers.)

## CRIMINAL CHARGING INFORMATION

| Complaint | Yes Indictment | Information | _ Superseding Indictment |
|---|---|---|---|
| Yes Felony | __Class A Misdemeanor | _ Class B or C Misdemeanor (Petty Offense) | |
| County of Offense: Canyon, Jefferson, Bonneville | | Estimated Trial Time: 10 Days | |

| TITLE/SECTION | COUNTS | BRIEF DESCRIPTION | PENALTIES (Include Supervised Release and Special Assessments) |
|---|---|---|---|
| 21 U.S.C. § 846 | 1 | Conspiracy to Distribute Methamphetamine | 5-40 yrs. prison and/or $2 million fine; 4 yrs. supervised release; $100 special assessment |

Date: April 8, 2003

AUSA: Lynne W. Lamprecht
Telephone No.: (208) 334-1211

# ● CRIMINAL COVERSHEET ●

DEFENDANT'S NAME:   BALTAZAR ORTEGA

Juvenile:   No

DEFENSE ATTORNEY:
Address

Service Type:   Warrant/ SECRET

Interpreter:   Yes
If yes, language:   Spanish

Telephone No.:
INVESTIGATING
AGENCY & AGENT:   Jose Banda
ISP
(208) 884-7110

CR 03-0094-S-BLW

CASE INFORMATION: (List any miscellaneous, magistrate, CVB or other related defendants/case numbers.)

## CRIMINAL CHARGING INFORMATION

| Complaint | Yes Indictment | Information | Superseding Indictment |
|---|---|---|---|
| Yes Felony | __Class A Misdemeanor | | Class B or C Misdemeanor (Petty Offense) |
| County of Offense: Canyon, Jefferson, Bonneville | | Estimated Trial Time:   10 Days | |

| TITLE/SECTION | COUNTS | BRIEF DESCRIPTION | PENALTIES (Include Supervised Release and Special Assessments) |
|---|---|---|---|
| 21 U.S.C. § 846 | 1 | Conspiracy to Distribute Methamphetamine | 5-40 yrs. prison and/or $2 million fine; 4 yrs. supervised release; $100 special assessment |

Date:   April 8, 2003

AUSA: Lynne W. Lamprecht
Telephone No.: (208) 334-1211

# CRIMINAL COVERSHEET

| | |
|---|---|
| **DEFENDANT'S NAME:** ELIZANDRO CAMACHO MARTINEZ | **Juvenile:** No |
| | **Service Type:** Warrant/ SECRET |
| **DEFENSE ATTORNEY:** Address | **Interpreter:** Yes |
| | If yes, language: Spanish |
| Telephone No.: | |
| **INVESTIGATING AGENCY & AGENT:** Jose Banda  ISP  (208) 884-7110 | CR 03-0094-S-BLW |

**CASE INFORMATION:** (List any miscellaneous, magistrate, CVB or other related defendants/case numbers.)

## CRIMINAL CHARGING INFORMATION

| Complaint | Yes Indictment | Information | Superseding Indictment |
|---|---|---|---|
| Yes Felony | __ Class A Misdemeanor | | Class B or C Misdemeanor (Petty Offense) |
| County of Offense: Canyon, Jefferson, Bonneville | | Estimated Trial Time: 10 Days | |

| TITLE/SECTION | COUNTS | BRIEF DESCRIPTION | PENALTIES (Include Supervised Release and Special Assessments) |
|---|---|---|---|
| 21 U.S.C. § 846 | 3 | *Conspiracy to Possess With Intent to Distribute Methamphetamine* | 10 yrs.-life prison and/or $8 million fine; 5 yrs. supervised release; $100 special assessment |
| 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2 | 5, 6 | Distribution of Methamphetamine | 10 yrs.-life prison and/or $8 million fine; 5 yrs. supervised release; $100 special assessment - each count |

Date: April 8, 2003

AUSA: Lynne W. Lamprecht  
Telephone No.: (208) 334-1211

# ● CRIMINAL COVERSHEET ●

| | | | |
|---|---|---|---|
| **DEFENDANT'S NAME:** | LUIS HERNANDEZ-HERNANDEZ | **Juvenile:** | No |
| | | **Service Type:** | Warrant/ SECRET |
| **DEFENSE ATTORNEY:** Address | | **Interpreter:** | Yes |
| | | If yes, language: | Spanish |
| Telephone No.: | | | |
| **INVESTIGATING AGENCY & AGENT:** | Jose Banda ISP (208) 884-7110 | **CR 03-0094-S-BLW** | |

**CASE INFORMATION:** (List any miscellaneous, magistrate, CVB or other related defendants/case numbers.)

## CRIMINAL CHARGING INFORMATION

| Complaint | Yes Indictment | Information | _ Superseding Indictment |
|---|---|---|---|
| Yes Felony | __Class A Misdemeanor | | _ Class B or C Misdemeanor (Petty Offense) |
| County of Offense: Canyon, Jefferson, Bonneville | | Estimated Trial Time: | 10 Days |

| TITLE/SECTION | COUNTS | BRIEF DESCRIPTION | PENALTIES (Include Supervised Release and Special Assessments) |
|---|---|---|---|
| 21 U.S.C. § 846 | 3 | *Conspiracy to Possess With Intent to Distribute Methamphetamine* | 10 yrs.-life prison and/or $8 million fine; 5 yrs. supervised release; $100 special assessment |

Date: April 8, 2003

AUSA: Lynne W. Lamprecht
Telephone No.: (208) 334-1211

# CRIMINAL COVERSHEET

DEFENDANT'S NAME: PEDRO SOLORIO

Juvenile: No

DEFENSE ATTORNEY:
Address

Service Type: Warrant/ SECRET

Interpreter: Yes
If yes, language: Spanish

Telephone No.:
INVESTIGATING
AGENCY & AGENT: Jose Banda
ISP
(208) 884-7110

CR 0_-0_ _ _-_-___

CASE INFORMATION: (List any miscellaneous, magistrate, CVB or other related defendants/case numbers.)

## CRIMINAL CHARGING INFORMATION

| Complaint | Yes Indictment | Information | _ Superseding Indictment |
|---|---|---|---|
| Yes Felony | __Class A Misdemeanor | | _ Class B or C Misdemeanor (Petty Offense) |
| County of Offense: Canyon, Jefferson, Bonneville | | Estimated Trial Time: 10 Days | |

| TITLE/SECTION | COUNTS | BRIEF DESCRIPTION | PENALTIES (Include Supervised Release and Special Assessments) |
|---|---|---|---|
| 21 U.S.C. § 846 | 3 | Conspiracy to Possess With Intent to Distribute Methamphetamine | 10 yrs.-life prison and/or $8 million fine; 5 yrs. supervised release; $100 special assessment |
| 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2 | 7 | Distribution of Methamphetamine | 10 yrs.-life prison and/or $8 million fine; 5 yrs. supervised release; $100 special assessment |

Date: April __, 2003

AUSA: Lynne W. Lamprecht
Telephone No.: (208) 334-1211